**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN THE MATTER OF THE
COMPLAINT OF PIRATE WATER
TAXI, LLC FOR EXONERATION FROM      Case No. 8:20-cv-1956-60AAS
OR LIMITATION OF LIABILITY AS
THE OWNER OF THE PIRATE PAT,
OFFICIAL NO. 1165031
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Amanda A. Sansone, United States Magistrate Judge, entered on December 14, 2020. (Doc. 20). Judge Sansone recommends that Pirate Water Taxi, LLC's motion for default judgment (Doc. 17) be granted and default judgment be entered against John Doe and all non-appearing unknown potential claimants who failed to file or otherwise state a claim by October 30, 2020. No objections to the report and recommendation were filed, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C).

The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Castro Bobadilla v. Reno*, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994) (table).

Upon due consideration of the record, including Judge Sansone's report and recommendation, the Court adopts the report and recommendation.  The Court agrees with Judge Sansone's detailed and well-reasoned factual findings and legal conclusions.  Consequently, Pirate Water Taxi, LLC's motion for default judgment is granted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)   Judge Sansone's report and recommendation (Doc. 20) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2)   Pirate Water Taxi's Motion for Default Judgment Against Non-Appearing Unknown Potential Claimants (Doc. 17) is hereby **GRANTED**.

(3)   The Clerk is directed to enter judgment in favor of Petitioner Pirate Water Taxi, LLC, and against John Doe and all non-appearing unknown potential claimants that have not appeared but may have a claim against Pirate Water Taxi.

(4)   Pirate Water Taxi is exonerated from any responsibility, loss, damage, or

injury, from any and all claims arising out of the incident described in the Petition for Exoneration from or Limitation of Liability against John Doe and all non-appearing unknown potential claimants.  *See* (Doc. 1).

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 29th day of December, 2020.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**